# Exhibit A

# Exhibit A



| | | | |
|---|---|---|---|
| Owner Address: | 113 Georgiou Griva Digeni, Astromeritis<br>Nicosia CYPRUS 2722 | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | CYPRUS |

### Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| Attorney Name: | Olga Zalomiy |
| Attorney Primary Email Address: | olga@creativelegalservice.com |
| Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Olga Zalomiy<br>Law Offices of Olga Zalomiy<br>11400 W. Olympic Blvd., Ste. 200<br>Los Angeles, CALIFORNIA United States 90064 |
| Correspondent e-mail: | olga@creativelegalservice.com<br>creativelegalservice@gmail.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 29, 2025 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Jul. 29, 2025 | LETTER OF SUSPENSION E-MAILED | |
| Jul. 29, 2025 | SUSPENSION LETTER WRITTEN | |
| Jul. 25, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 25, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 25, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 22, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 22, 2025 | NON-FINAL ACTION E-MAILED | |
| May 22, 2025 | NON-FINAL ACTION WRITTEN | |
| May 13, 2025 | ASSIGNED TO EXAMINER | 86708 |
| Apr. 26, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 19, 2024 | NEW APPLICATION ENTERED | |

### TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| TM Attorney: | WILSON, MARYNELLE | Law Office Assigned: | LAW OFFICE 113 |

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | TMO LAW OFFICE 113 | Date in Location: | Jul. 29, 2025 |

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load