# Exhibit B

| **To:** | Olga Zalomiy(olga@creativelegalservice.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 98860713 - CHATBOX |
| **Sent:** | May 22, 2025 12:39:18 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

98787873
screencapture-capacity-com-learn-chatbox-17479298098331
screencapture-chat360-io-blog-chatbot-vs-chatbox-17479301507581
screencapture-purechat-helpjuice-com-en_US-basic-faqs-what-is-a-chat-box-17479302708191
screencapture-www-liveagent-com-customer-support-glossary-what-is-chatbox-17479305127911
screencapture-www-freshworks-com-live-chat-chatbox-17479306228031
screencapture-www-aidbase-ai-blog-what-is-a-chat-box-17479306972801
screencapture-help-smartsupp-com-en_US-chatbox-chat-box-mobile-app-17479310854741

## United States Patent and Trademark Office (USPTO)
### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 98860713

**Mark:** CHATBOX

**Correspondence Address:**
Olga Zalomiy
Law Offices of Olga Zalomiy
11400 W. Olympic Blvd., Ste. 200
Los Angeles CA 90064
United States

**Applicant:** FLORATE LIMITED

**Reference/Docket No.** N/A

**Correspondence Email Address:** olga@creativelegalservice.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response

deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** May 22, 2025

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:

- Prior-filed Pending Application Advisory
- Section 2(e)(1) Refusal - Mark Is Merely Descriptive
- Advisory - Applied-for Mark Appears to be Generic

SEARCH RESULTS – NO CONFLICTING MARKS FOUND

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting registered marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02. However, a mark in a prior-filed pending application may present a bar to registration of applicant's mark.

SEARCH RESULTS – PRIOR-FILED APPLICATION MAY BAR REGISTRATION

The filing date of pending U.S. Application Serial No. 98787873 precedes applicant's filing date. See attached referenced application. If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion with the registered mark. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced application.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

While applicant is not required to respond to the issue of the pending application, ***applicant must respond to the refusal below within three months of the mailing date of this Office action to avoid abandonment***.

SECTION 2(e)(1) REFUSAL - MARK IS MERELY DESCRIPTIVE

Registration is refused because the applied-for mark merely describes a function and nature of applicant's goods. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods. TMEP §1209.01(b); *see, e.g., In re TriVita, Inc.*, 783 F.3d

872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents*, 252 U.S. 538, 543 (1920)).

Here, applicant has applied to register the mark **CHATBOX** for use in connection with "*Downloadable software for mobile devices using artificial intelligence for content generation, including AI speechwriting, AI essay writing, and messaging; downloadable software using AI for image generation and to convert text to images; downloadable computer software for converting images to text using optical character recognition; downloadable computer software using AI assistant for personal coaching services in the field of dating and relationships, for assistance with legal research and document analysis, tutoring services in academic subjects, for creating summaries of text files and web content, and for boosting productivity; downloadable computer software using AI for writing of sales emails, business proposals, resumes, and cover letters; downloadable software using AI for helping with math, biology, chemistry and or English homework; downloadable software using AI for object recognition; downloadable software using AI for music composition; downloadable software using AI to create images containing artwork; downloadable computer software for creating social media content and using AI language models*" in Class 009.

The wording CHATBOX, meaning "user interface of a given chat application[;] common use for [which] is a popup window on a business website through which the user interacts with a live agent or AI bot," immediately conveys that applicant's software for generating content, images, research, and analysis are offered in a popup that allows users to connect with agents or AI bots. *See* What is a Chatbox? Moreover, the additional evidence shows that third parties commonly use the term CHATBOX to refer to downloadable software used for the same or similar purposes as applicant's software. *See* Chatbot vs. Chatbox: Understanding the Differences | Chat360, What is a chat box? - PureChat, What Is Chatbox: Definitions, Benefits, Set-up, And More!, What Is A Chat Box: A Complete Guide, and Smartsupp — Chat box in your mobile app.

Ultimately, when purchasers encounter applicant's downloadable software application using the mark CHATBOX, they will immediately understand the mark as indicating a function and nature of the goods--that they are software for communicating with users and generating content--and not an indication that applicant is the source of the goods. Therefore, the mark is merely descriptive, and registration is refused pursuant to Section 2(e)(1) of the Trademark Act.

## Response to Section 2(e)(1) – Mere Descriptiveness Refusal

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

ADVISORY - APPLIED-FOR MARK APPEARS TO BE GENERIC

In addition to being merely descriptive, the applied-for mark appears to be generic in connection with the identified goods and/or services. "A generic mark, being the 'ultimate in descriptiveness,' cannot acquire distinctiveness" and thus is not entitled to registration on either the Principal or Supplemental Register under any circumstances. *In re La. Fish Fry Prods., Ltd.*, 797 F.3d 1332, 1336, 116 USPQ2d 1262, 1264 (Fed. Cir. 2015) (quoting *H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc*., 782 F.2d 987, 989, 228 USPQ 528, 530 (Fed. Cir. 1986)); *see* TMEP §§1209.01(c) *et seq.*, 1209.02(a). Therefore, the trademark examining attorney cannot recommend that applicant amend the application

to proceed under Trademark Act Section 2(f) or on the Supplemental Register as possible response options to this refusal. *See* TMEP §1209.01(c).

RESPONSE GUIDELINES

**Response guidelines.** For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Marynelle Wilson/
Marynelle Wilson
Examining Attorney
LO113--LAW OFFICE 113
(571) 272-7978
Marynelle.Wilson@USPTO.GOV

# RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**98787873**

# Chatbox

| | |
|---|---|
| **Word Mark** | CHATBOX |
| **Goods/Services** | IC 009 US 021 023 026 036 038<br>Downloadable computer software using artificial intelligence (AI) for analysis; Downloadable interactive software for social networking, communication, and conversation simulation using the artificial intelligence; Downloadable software for social networking, communication, and conversation simulation using the artificial intelligence<br>FIRST USE: 2024-01-01. FIRST USE IN COMMERCE: 2024-01-01. |
| **Register** | PRINCIPAL |
| **Serial Number** | 98787873 |
| **Filing Date** | 2024-10-07T00:00:00 |
| **Priority Date** | 2024-09-21 |
| **Original Filing Basis** | • 1a<br>• 44d |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2025-05-27 |
| **Owner** | (APPLICANT) Antoniou, Petros (INDIVIDUAL; United Kingdom); Burrows House, 415 High Street, London, E154QZ, UNITED KINGDOM |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | PUBLICATION/ISSUE REVIEW COMPLETE |
| **Attorney of Record** | Marek Krizka |

**Print:** May 22, 2025 11:45 AM

https://capacity.com/learn/chatbox/

at 12:04 01, 05/22/2025



# What is a Chatbox?

by Team Capacity | Oct 22, 2024

## What is a Chatbox

A chatbox is the user interface of a given chat application. A common use for chatboxes is a popup window on a business website through which the user interacts with a live agent or AI bot.

### Meet us at CCW Las Vegas 2025!

by Team Capacity | May 8, 2025






### NAYDO 2025

by Team Capacity | May 6, 2025



### Telarus AI & Technology Summit 2025

by Team Capacity | May 3, 2025

## The Difference Between Chatboxes, Live chats, and Chatbots

These 3 terms are often used interchangeably, but all refer to slightly different parts of a website's chat experience. When a user clicks on the icon or bubble to begin a chat interaction, the window displayed is referred to as the chatbox. This interface is often branded with company colors and sometimes even pre-populates with quick select prompts.

Once a user clicks a prompt or types a message, they can connect with a human agent. This session is called a live chat since they communicate with someone in real-time. Typically a business has to employ a team of representatives to ensure they respond to the chat. Answering questions and messages can make live chat expensive if the website drives high volume or sporadic traffic.





A chatbot refers to a user who interacts with an artificially intelligent program that leverages natural language processing to understand and address user intent. AI-powered chatbots like Capacity can solve the costly and inefficient problem of maintaining a chatbox solution.

The best bots often provide superior service compared to a human because of their ability to instantly query data within integrated software like Salesforce, transactional databases, or internal knowledge bases.

## 3 Chatbox Best Practices



## 1. Make the chatbox visible

Most chatboxes exist in 2 states: minimized or open. When the chatbox is minimized, it interferes less with the user experience–but risks being overlooked. To avoid blending in with the background, ensure the chat icon is a bright, visible color that doesn't blend into the background of your website. It's important for users to know the icon will open a chatbox interface immediately.

Another strategy to avoid missing potential user interactions is showing clickable prompts while the chatbox is minimized. If these prompts are relevant, quick actions can reduce the friction for users to engage in an entire chatbox interaction.





## 2. Create a branded experience

When choosing a chat solution for your website, it is crucial to pick one that allows you to apply your org's branding. Chatboxes are an extremely visible aspect of your website and often interact with high-intent leads, so creating a branded experience is critical. First impressions can make or break high-quality leads from moving further down the pipe.

With platforms like Capacity, it's easy to apply your company's brand colors and logo to provide website visitors with a seamless, cohesive experience. However, you can also implement aspects of your brand voice in the prompts and responses. Capacity's ability to match your website's aesthetic and content style truly sets it apart from other website chat applications.



**Get Started with AI**

Capacity's customized AI Assessments can help:

- Identify opportunities for using AI
- Prioritize use cases that fit your goals
- Build an action plan for implementation

Start My Assessment



### 3. Provide intuitive chat prompts

Website visitors often get overwhelmed with the information they need to parse through a business' website. Providing them with a clickable list of prompts can often help them find the right question to ask amidst a flood of new information.

Creating these chat prompts is a mixture of art and science. With a tool like Capacity, you can intelligently query past chat conversations to begin bucketing them into categories. From there, you can select the 2–4 questions or prompts that address most of the user inquiries. The bot can intelligently answer the most common questions users ask 24/7/365.



With Capacity, you can also create quick answers to the questions that the AI will ask the user. If done correctly, the user can complete a multi-step interaction without typing anything into the chatbox. This can dramatically improve conversation speed and user satisfaction. Users can instantly find accurate answers, and support teams save valuable time.

## Top 4 Benefits of Chatboxes

There are several advantages to chatbox solutions. They provide users with a place to go when they need assistance or guidance. Here are four ways chatboxes can help your business:

## 1. Scalable customer service

One of the main benefits of communicating to users through a website chatbox is how scalable it

is. An alternative solution, such as providing a phone number to call, constrains the agent to one conversation at a time, often placing callers on hold. Similarly, answering user email inquiries can result in conversational inefficiencies and longer resolution times.

Chatboxes tend to give companies the best of both worlds, offering superior customer service through faster resolution times and a cheaper alternative to hiring large, expensive teams as volume grows.



## 2. Faster answers to questions

When trying to answer many types of inquiries, some websites resort to a long list of FAQs or troves of helpdesk articles. In contrast to these static methods of information delivery, chatboxes provide a dynamic interface for inquiries. This dramatically reduces the number of places a user needs to look for an answer and increases the speed of resolution.

Common FAQs are answered within seconds compared to waiting for a live agent to respond. Support agents can step in if a complex issue arises in the chatbox. Thanks to AI-powered chatbot technology, support agents have more time to spend on intricate problems that require their attention. Faster responses lead to more satisfied current and potential customers.

## 3. Increased user insights

There is tremendous value in listening to how someone phrases a question. For example, "Does this product have a "free tier" vs. "Enterprise pricing information" might both result in a user visiting the pricing page of a website. However, you should serve these users very different




information and ideally capture additional contact information for high purchase-intent questions



A platform like Capacity gives you the tools to view all user queries, build specialized flows for each one, and seamlessly transition from guided conversations to a live chat with an agent. These capabilities can help maximize the insights a company gathers from those precious few customer interactions. Analyzing key questions asked can help your org determine different strategies to test.

## 4. Improved employee experience

Have you ever spent countless hours answering customer or prospect questions that could easily be found on your website? If you answered yes, chatbox technology could help. AI chatbots can answer questions and inquiries in seconds, not hours. The customer experience is pleasant, and employees are happy to have more time to focus on strategic initiatives.

## Go from **nine** products to **one**







## Save time and money with Capacity

Capacity's interactive AI chatbox experience provides users with exceptional support, all while your team is sleeping or off the clock. If your org struggles with scaling, overworked support staff, cost savings, or all of the above, Capacity is the right choice for your team.

Capacity answers over 90% of FAQs for both internal teams and external customers. Employees get time back in their day to focus on more important work, and customers receive superior service and instant answers. It's a win–win!

### Get Started with AI

Capacity's customized AI Assessments can help:

- Identify opportunities for using AI
- Prioritize use cases that fit your goals
- Build an action plan for implementation

[ Start My Assessment ]



| Platform | Product | Solutions | Resources | Company |
|----------|---------|-----------|-----------|---------|
| Intelligent Virtual Agents | Increase Deflections ▸ | Team ▸ | Blog | About us |
| | Reduce Handle Time ▸ | Industry ▸ | | |



Agent Assist + Live Support

Campaigns + Workflows

Conversational AI

Insights + Analytics

Security

Integrations

Reduce Handle Time

Increase Conversions

Automate Processes

Industry

Use Case

Customers

Events

Guides

Support

Voice Shop

Videos

Webinars

Careers

Contact

Ethics

Legal

Newsroom

Partners

Privacy Policy | Terms of Use | Legal

© Capacity 2025





https://chat360.io/blog/chatbot-vs-chatbox/      at 12:09.21, 05/22/2025



← All Blogs

# Chatbot Vs Chatbox

Shivam Verma | 15 April 2023 | Uncategorized

with humans through text-based messaging platforms. However, you should take into consideration that Chatbot and Chatbox have distinct purposes in a chat experience.

Chatbox is a chat interface that pops out once you click the chat icon or bubble on a website. And that allows the user to interact with an AI chatbot or a live agent.

NBFCs using Chat360's Gen- AI Solutions

Enhance Customer Interactions with Voice Bots

On the other hand, Chatbot is an AI-powered software application that conducts a conversation via text or voice interactions.

This blog will help you understand the contrast between chatbot and Chatbox, provide examples, and guide you in selecting the right one.

## Difference between Chatbot and Chatbox

### 1. Functionality and purpose

#### Chatbox

Chatbox are designed to provide a means of communication between users and the chat application. It allows multiple users to communicate and collaborate in real-time. And when there are any new messages, Chatbox alerts or notifies the users. Not just that, Chatbox allows users to search for messages or content via chat history.

#### Chatbot

The main function of an AI chatbot is to initiate a natural conversation with users. They are mostly used by businesses to automate repetitive tasks and workflows and help customer support, sales, and marketing departments. They do so by responding to FAQs, troubleshooting issues, and providing useful information related to products and services. At the same time, engaging with users and providing product recommendations, and offering personalized offers and discounts.

### 2. User Experience

#### Chatbox

Users can quickly access assistance and support with the help of Chatbox. Irrespective of location and time zone, Chatbox enables real-time communication between users around the clock. Also,

Designing Chatbot Flow for Seamless Business Conversations in 2025

Create your Own Chatbot in 5 Easy Steps | Chat360

Elevate Customer Service Using AI powered Chatbots

brands use Chatbox to offer multi-channel communication such as text, voice, and videos to users and communicate via a preferred medium.

## Chatbot

Chatbot keeps track of customer behavior with the help of data collected from past conversations. The data is further used to analyze the taste and preferences of the customers and offer a personalized experience. Moreover, it offers users relevant information, like product details, company policies, general knowledge, etc in the language that customers prefer.

# 3. Integration with other technologies

## Chatbox

Chatbox can be integrated with websites, mobile apps, and social media platforms. That makes it easier for businesses to offer flawless customer support or engage with visitors on the platform they choose. Visitors can quickly place their concerns and get instant responses at any hour of the day.

Likewise, the **integration of Chatbox with CRM** helps businesses view customers' previous interactions, allowing them to provide more tailored support. Also help them with lead qualification, appointment scheduling, and order processing.

## Chatbot

Integration of chatbot with other technologies enhances the functionality and capabilities of the solution. It becomes more capable and provides a more comprehensive and effective experience.

For instance, **integrating chatbots with websites** and messaging platforms helps brands collect user information that can be used for marketing or customer support purposes.

Whereas chatbot integration with CRM helps brands offer customized customer experiences. Likewise, the chatbot integration with payment gateway and voice assistants takes customer

Likewise, the chatbot integration with payment gateway and voice assistants takes customer experience to the whole next level.

**Related:**

**How to integrate ChatGPT with Chatbot?**

**How to Integrate Dialogue Flow Bot into WordPress Website?**

# Examples of Chatbox Vs Chatbot

## Chatbox

### 1. Chatbox for sales

Having an online chat attracts more traffic to websites, making way for more potential leads. You can then analyze your prospects' activities, such as the pages they visited, the time spent on the page, and so on. And based on that, you can personalize the conversation and nurture the prospect, which in return encourages them to make a purchase.

### 2. Chatbox for customer support

Customers demand instant support and quick resolution for their concerns. Having a Chatbox allows the users to connect instantly with brands' customer support. The support agents can have insights into the history of part conversation and have a meaningful conversation with customers.

### 3. Feedback

Chatbox allows you to use in-app campaigns to send out surveys to collect feedback and suggestions to make improvements in the overall customer experience.

## Chatbot

### 1. Internal helpdesk support

1. Internal helpdesk support

Chatbot serves as internal help desk support by analyzing customers' tastes and preferences and assisting agents in resolving shoppers' queries. In the same way, Chatbot aids representatives by taking some of the questions off their plates. They do so by responding to FAQs or by offering the most relevant information with links to the knowledge base.

## 2. Customer engagement

Chatbots can engage customers by offering tailored messages containing promos, discounts, or recommendations. It uses various multimedia, like images, emojis, etc., to make the content visually appealing. That way, the customer remains interested and boosts engagement with your site.

## 3. Voice assistance

Voice bots facilitate customers to have a flawless experience on online stores, social media, or other messaging platforms. Artificial intelligence communication allows customers to make requests with voice commands without having to type anything. That becomes more favorable for users with disabilities as it enables them to easily access technology and perform tasks.

# Choosing Between Chatbot and Chatbox

Chatbot and Chatbox are two different things, having individual features and purposes. So depending on your requirements, you can choose Chatbot or Chatbox.

For instance, Chatbot is designed to simulate natural conversations and respond to user input with the help of NLP and ML. Whereas, Chatbox is an interface that facilitates communication between individuals and groups.

Therefore, if you're looking to create automated conversations with users, Chatbot would be a good choice. At the same time, if you need a platform to initiate conversation, Chatbox might be a better option.

## Conclusion

Connecting with customers over email or phone calls is no longer a thing today. It limits the reach and target capabilities and is costly and time-consuming.

So incorporating modern tools like Chatbox and Chatbot becomes crucial to remain competitive.

These tools help your business deliver convenience by offering trackable, actionable, and secure interactions. They will transform the way you collaborate with customer support and sell in a conversational and mobile-friendly way, exchange real-time data, and take your business to the next level.

**Further, read:**

**Chatbot Vs Conversational AI**

**Chatbot Vs RPA**

**Intelligent Conversations: Humans Vs Chatbots**

Previous Post
**Facebook Messenger API Guide**

Next Post
**Difference Between WhatsApp & WhatsApp Business**





Facebook Messenger

Instagram

Website

Conversational Marketing

Conversational Customer Support

WhatsApp Marketing

Contact us

Privacy Policy

Terms and Conditions

Sitemap

© Sumanel Technology Ventures Pvt Ltd



https://purechat.helpjuice.com/en_US/basic-faqs/what-is-a-chat-box

at 12:11:11, 05/22/2025

How can we help?

## What is a chat box?

🕐 August 12th, 2023 • Knowledge

A chat box is the popup that appears in the corner of your website and allows you to connect with your website visitors instantly.

instant messaging    chatbot

### Related Articles

How do I get Pure Chat on my website?

Do you have a desktop app?

### Trending Articles

What do I do after I sign up?

Do you have a desktop app?

How do I get Pure Chat on my website?

What is a chat box?

How do I change the email address my transcripts are sent to?

**purechat.com    Terms of Use    Privacy Policy**

© 2023 Ruby. All Rights Reserved. Ruby is a registered trademark of Ruby Receptionists, Inc.

https://www.liveagent.com/customer-support-glossary/what-is-chatbox/

at 12:15:55, 05/22/2025



Real-life examples of implementing a chatbox

Conclusion



Chatboxes were designed to revolutionize customer service fueled by the need to provide real-time, efficient, and personalized customer interaction on digital platforms. Moreover, statistics highlight their effectiveness in this field. Live chat, for example, boasts a customer satisfaction rate of 81.1% ↗.

In this article, we are going to discuss the ins and outs of chatboxes, so you will know how to leverage them in your business. So, let's unravel the world of chatboxes and discover the secrets of their unparalleled success.

## Table of Contents

- How does the chatbox work?
- Chatbox vs. chatbot: what's the difference?
- 7 key benefits of chatbox you may not know
- Chatbox best practices: Dos and Don'ts
- How to add a chatbox to your website?
- Real-life examples of implementing a chatbox
- Conclusion



## What is a chatbox?

A chatbox is a digital tool or feature typically found on websites. It allows users to engage in a conversation either with a person or a chatbot. The message window usually looks like small pop-up chat icons, containing a place for users to type messages.











The chatbox promotes real-time interaction, making it a convenient and efficient way for users to ask questions, request support, or gain more information about a service or product.

## How does the chatbox work?

As you already know, a chatbox works as an intermediary platform for communication between a user and a system. Here's a step-by-step rundown:

1. A user types a message into the text field of a chatbox on a website or app.
2. Once the user hits enter or clicks 'send', the system's servers receive the text.
3. The servers then send the message to an application that processes the text.
4. This can involve automated systems or AI-powered chatbots that interpret the text to understand user intent, or it could be directed to a live agent.
5. The bot or live agent then prepares a response based on the user's message. This might involve retrieving information from a database, triggering certain actions, or even generating text responses from scratch.
6. The prepared text response is sent back through the servers to the chatbox on the user's screen.
7. The user can then read the response and type a new message to continue the conversation.

This whole process usually happens in real time and gives users the illusion of directly communicating with the AI bot or the agent.

## Chatbox vs. chatbot: what's the difference?

Although similarly used primarily to facilitate meaningful conversations with customers, chatboxes and chatbots are two different tools. Here's a handy table showing the main differences.

|  | Chatbox | Chatbot |
|---|---|---|
| Definition | Users can communicate and engage with a website or mobile app using a chatbox in real-time or asynchronously. | Chatbots are AI-based software programs that interact with customers using human language. These interactions can take place via text or audio. |
|  | In a chatbox, users chatbox a | Chatbot software simulates and |

| | | |
|---|---|---|
| **Purpose** | in a website or app, it provides a small window or pop-up for communication. | processes human conversation, allowing humans to interact with digital devices like real people. |
| **Interactivity** | A chatbox relies on a live agent or an AI to respond to user queries. It's not interactive. | Chatbot platforms are interactive by nature. In response to user inputs, it can perform actions and provide information. |
| **Independence** | Can't function independently; it needs a chatbot or a human operator to interact with users. | Can function independently; once programmed, it does not need human intervention to interact with users. |
| **Technology involved** | Basic web technologies like HTML, CSS, and JavaScript are usually incorporated into the graphical user interface of a website. | Uses natural language processing, machine learning, and AI algorithms to simulate interaction in human language. |
| **User experience** | Better for live experiences and real interactions with human agents. | Better for automated responses, high volume customer queries, and 24/7 availability. |



### Chatbox vs. live chat software

Chatbox and live chat software have the same objective of facilitating real-time online communication. However, they differ in many aspects including the nature of interaction, response times, and level of personalization and human intervention.

As you know, chatbox usually refers to a digital tool that offers customers an interface to reach out to a company's customer support team. It predominantly uses predetermined scripts and artificial intelligence to handle customer inquiries.

Live chat software is a system that enables real-time communication between a business and its customers, usually through a company's website or app. LiveAgent's live chat software is an example of this kind of tool, offering features like a real-time typing view, chat histories, automatic messages, and chat routing. This software works to improve customer engagement, increase customer satisfaction, and streamline customer support processes.









## 7 key benefits of chatbox you may not know

To fully understand the importance of chatboxes, let's discuss their 7 main benefits.

- **Proactive engagement:** Unlike traditional customer service methods, chatboxes can initiate conversations, proactively engaging proactive customers. They can provide suggestions, deliver personalized content, and offer help before a customer even asks for it, enhancing user experience.
- **24/7 availability:** Software solutions don't need breaks, vacations, or sleep. They are always available to provide assistance. Customers can access support at any time that is convenient for them, ensuring that their queries will always be addressed.
- **Brand differentiation with a competitive advantage:** A well-designed chatbot not only serves customers but also represents the brand and the personality. This adds a competitive advantage as businesses can program and control the interaction tone to differentiate from competitors.
- **Easy/convenient information access:** Chatboxes can provide information quickly and conveniently. Customers don't need to navigate the entire site or scroll through FAQs. Instead, they simply ask the chatbox, simplifying and speeding up the information-gathering process.
- **Enhanced website navigation:** Some chatboxes can guide users through website navigation, helping them find the information or product they are looking for faster. This can improve the overall website navigation experience.
- **Scalability and Return on investment (ROI):** Chatboxes allow businesses to scale their customer service efforts according to demand, without the need for significant investment in additional staff. Consequently, they provide a great return on investment.
- **Cost-efficiency:** Implementing a reliable chatbox on your website is less costly than hiring and training multiple customer service representatives. It saves costs on resources while delivering efficient service.

## Chatbox best practices: Dos and Don'ts

Below, we will discuss some significant best practices for chat boxes.

### Chatbox design and user interface





| DO | DON'T |
|---|---|
| Design a chatbox that is clean, visually attractive, and easy to navigate, using appropriate fonts and colors that match your brand's color scheme. You can | Utilize a confusing or cluttered layout with too many functions or features. This can overwhelm users, causing them to abandon the chatbox. Avoid using colors |

draw inspiration from commonly used messenger apps, such as WhatsApp or Facebook Messenger, to offer users a familiarity and innate understanding of how it works.

or fonts that clash with your website or are hard to read.

### Clear communication with personalization



**DO**

Personalize the user's experience by using their name and offering responses based on their previous interactions or data. This encourages a more engaging and friendly conversation.

**DON'T**

Use generic responses for every user. People appreciate feeling recognized and acknowledged. Lack of personalization can discourage further interaction.

### Customized responses and user-friendly chat prompts

**DO**

Prepare a range of predefined responses, but have them adaptable according to the context of a conversation. Use clear, concise prompts and call-to-action (CTA) buttons that direct users intuitively through their journey.

**DON'T**

Assume that your user knows what action they should take next. Don't use technical jargon or create prompts that are too vague or complicated.

### Regular updates and maintenance

**DO**

Regularly check and update your chatbox to ensure it remains functional and is enhanced with new capabilities. Incorporate feedback and learnings from user interactions to optimize its performance over time.

**DON'T**

Assume that once your chatbox is live, it will continue to function optimally without regular check-ins and modifications. Ignoring feedback or identifying common issues can lead to a decrease in satisfied customers and a potential loss of business.



## How to add a chatbox to your website?

Adding a chatbox to your website can be quite easy and accessible. Here is a quick guide to help you get started:

1. **Create an account:** Before you start, you will need to create an account for your business on a platform that provides a chatbox service, like LiveAgent.
2. **Access settings:** Once you're logged in, navigate to the settings or dashboards section of the platform.
3. **Choose a chatbox:** You are usually presented with a variety of chat application styles and options. Select the one that fits best with your website's aesthetics and functionality needs.



4. **Customize your chatbox:** After choosing a chatbox, customize its chat interface. This can include changing the colors to match your brand, setting up automatic responses, and more.
5. **Add the chatbox to your website:** Once you've customized your chatbox, you'll need to generate a piece of code that will be inserted into your website's HTML. This can usually be done with a simple copy-paste action.
6. **Final testing:** Ensure everything functions as expected by doing some tests. Check the chatbox's appearance, response time, and overall interaction to confirm it's working correctly.

The exact steps depend on the platform you are using. For a detailed, step-by-step process on how to add a chatbox to your website, refer to our step-by-step guide.

## Increase engagement and sales with LiveAgent's chatbox

LiveAgent is a reliable chatbox solution. Here are some ways it can help your business increase sales and customer engagement.

**Real-time customer engagement:**



**Real-time customer engagement**

LiveAgent allows businesses to engage customers instantly and solve their queries in real time. You can configure proactive chat invitations which can boost customer satisfaction and ultimately lead to higher sales.




**Automated messages**

Automated canned messages can be set up to engage customers and guide them through the sales process. This is a convenient and easy way of guiding your customers through the purchasing process without the need for the intervention of human agents.

**Customization**

You can customize LiveAgent's chatbox to reflect the brand's aesthetics, helping to create personalized customer experiences that can positively influence relationships and improve sales.

**Multilingual support**

LiveAgent supports more than 40 languages, so you can easily provide support to your customers in their preferred language. This feature aids in connecting with a larger audience, increasing the chances of customer acquisition and sales.






**Real-time typing view**

This valuable feature allows you to see what the customer is typing in real time, helping your
support agents provide quicker, more accurate responses.

**Post-chat surveys**

Customer reviews are crucial for customer success. LiveAgent's post-chat surveys allow for
collecting feedback and product or service improvements, contributing to a better customer
experience and increased sales.





**Chat routing**

Live chat routing is crucial for your contact center's efficiency and effectiveness. Using automated chat routing, the right support agent can be assigned to the right customer issue instantly. Moreover, performing such automated actions helps your agents save time on repetitive tasks. This can significantly increase customer satisfaction and the likelihood of purchase.

LiveAgent chatbox stands out due to its extensive feature set. To further examine this powerful solution, you can check out our live chat software review.

## Real-life examples of implementing a chatbox

Now is the time to discuss real-life examples of companies implementing chatboxes and reaping the benefits.

### Sli.do

Sli.do is an audience interaction platform that has successfully implemented live chat functionalities. By connecting with LiveAgent, Sli.do enhances its user engagement and communication significantly. This integration has amplified the effectiveness of audience communication and added more value to Sli.do's services.





### Shopify

Shopify utilizes chatboxes to provide round-the-clock assistance to its customers. Whether it's ironing out issues regarding a user's online store or providing guidance on utilizing certain features, Shopify's live chat support has been integral in enhancing its user experience.





## Zappos

Zappos is another example where chatboxes have been successfully implemented. Zappos uses chatboxes to provide instant customer service, addressing queries about orders and products. Their excellent customer service is one of the reasons for their high customer satisfaction rate and improved chat experiences.

## Apple

Apple support uses advanced chatboxes to assist their customers. Customers can access this support directly from Apple's website or via their devices, offering a streamlined approach to

user support.




## Conclusion

The world of customer service, as we know it, has evolved drastically with the surfacing of chatboxes. These digital customer service aids offer the possibility of real-time, efficient, and personalized conversation with customers, critically improving communication between businesses and customers. From initiating proactive engagement and offering 24/7 service to accessing convenient information and scalability, the chatboxes offer a wide range of substantial advantages.

However, a brilliant chatbox needs to be embedded with some best practices. These include appealing, user-friendly design, clear and personalized communication, adaptive responses, frequent updates, and more.

To see how a chatbox can be beneficial for your company, consider LiveAgent's 30-day free trial. This could be the key to unlocking the next level of customer service and, consequently, business growth for your company.







## Frequently Asked Questions

**Is chatbox free?**

It depends on the specific chatbox service. Some chatbox services, such as LiveAgent, are free with some limitations, while others may require a paid subscription. Always check the terms and pricing of each service before use.

**What is the purpose of a chatbox?**

The purpose of a chatbox is to facilitate real-time communication between a user and an agent or a sophisticated chatbot technology. It may be used for customer support, providing quick answers to common questions.

**How is AI used in chatboxes?**

Artificial intelligence is used in chatboxes primarily to automate responses, providing instant, 24/7 customer service for common customer questions. It uses natural language processing systems and machine learning to comprehend user inquiries, simulate human conversations, and offer appropriate and accurate responses.

**How do I get a chatbox?**

To get a chatbox, you can sign up for a service, like LiveAgent, which offers live chat software. After you've signed up, you'll need to install and customize the chatbox on your website.

| Back to Glossary | Create account for FREE |

After understanding what a chatbox is and its benefits, you might be curious about the potential



After understanding what a chatbox is and its benefits, you might be curious about the potential it holds for business growth. Learn how chatboxes can enhance customer engagement and drive success in 2025. Additionally, explore the key benefits of using a chatbox that you may not be aware of. These insights can help you maximize your business's customer service potential.

### Related Articles



**Measure and improve key live chat metrics for your success**
Discover 15 essential live chat metrics to improve customer experience, boost KPIs, and optimize chat operations in 2025. Try LiveAgent free!

**Live chat support**
Boost customer satisfaction with live chat support? Real-time responses, improved engagement, and cost-effective service for any business.

**LiveAgent Academy**
Explore LiveAgent Academy, your ultimate resource for mastering customer service. Discover tips, motivational quotes, best practices, and essential skills to enhance customer experiences, loyalty, and satisfaction. Unlock your team's potential with

**The #1 free knowledge base software**
If you're looking for a free knowledge base, LiveAgent can hook you up with one free of charge. Have a look at our help desk and find out more.



## You will be
## in Good Hands!

https://www.freshworks.com/live-chat/chatbox/

at 12:17:22, 05/22/2025

freshworks    Products    Platform    Resources              Demo    Pricing    Login    🌐    [Try it Free]



Chatbox

# Complete guide to chatbox online in 2024

Join us as we examine how chatboxes provide consumers with an intuitive, easily accessible way to engage with businesses, whether it be through chatbots or live agents, in 2024 and beyond.

[Signup for free]    [Request demo]

| Definition | Differences | Best practices | Benefits | Use cases | FAQ |

JUL 22, 2024 • 13 MIN READ

## Overview:

When your business offers high-quality products or services, it's essential to provide customers with as much

information as possible. Why? Because the better an individual understands how your offerings can add value to their life, the more likely they are to ultimately purchase. Chatboxes serve as a viable option to enhance efforts in this area, acting as useful tools for sharing more details regarding an organization's offerings or policies.

Chatboxes can be used either proactively, to engage with individuals when they land on a webpage or at strategic points in their customer journey, or reactively, by acting as a support tool for those requiring assistance or additional information. These interfaces are built to be intuitive and easy to use, inviting customers to interact with a brand and learn more about what it offers.

Today, we'll dive into what chatboxes are, how they can enhance the customer experience (CX), and the various ways in which they can ultimately increase conversion rates.

## What is a chatbox?

A chatbox refers to the interface that allows users to interact with a chat application. It typically appears as a small window or pop-up on a website, including a text input field for the user to type in their message and a button to initiate the chat with an AI chatbot or a live agent. Chatboxes are often used for customer service, technical support, or sales inquiries. They can also include features such as quick selection options, file sharing, and the ability for representatives to initiate the chat.

## What's the difference between chatboxes, live chats, and chatbots?

Chatboxes, live chats, and chatbots are all tools used for communication on digital platforms, but they have distinct differences in their functionality.

A chatbox is a general term that encompasses any interface that allows users to exchange messages, serving as a broad category that can include both live chats and chatbots. Essentially, a chatbox is the medium through which conversations take place, regardless of whether the responses are generated by humans or automated systems.

Conversely, chatbots and live chat refer to real-time interactions between users and a software application or a human representative.

Chatbots come in various forms, ranging from simple, rule-based bots to more advanced, AI-driven models. They're typically available 24/7 and are great at handling simple and recurring questions. Live chat, on the other hand, connects a user with a real-world agent who can provide more personalized assistance. It's highly valued for its ability to offer immediate, human-centered responses and is particularly useful for addressing complex inquiries that require a human touch.

Read more on live chat etiquette.

## Chatbox best practices

Utilizing a chatbox interface to communicate with customers effectively involves several essential practices to ensure a positive user experience (UX) and maximize the tool's benefits. Here are some key components:

- **Clear and intuitive interface:** Verify that the chatbox is user-friendly, with clear prompts and easy navigation. Users should easily understand how to start a conversation and know what types of queries the chatbox can support.

- **Personalization:** Personalize interactions by using customers' names and tailoring responses based on their previous interactions. This creates a more engaging and relevant experience.

- **Accessibility:** Make sure the chatbox is accessible to all users, including those with disabilities. Implement features such as text-to-speech and keyboard navigation support.

- **Fallback to human support:** Ensure a seamless transition to human agents when chatbots can't handle a query. This can be achieved by providing an option to escalate the conversation to a live chat with a customer service representative.

- **Use proactive chat invitations:** Preemptively inviting customers to chat can increase engagement and help build trust. This can be achieved by triggering a bot to send an automated greeting like, "Hi there! Is there anything I can help you with today?" when individuals land on a page.

- **Provide a clear call to action:** Use the chatbox to guide customers towards the next step, whether it's making a purchase, scheduling an appointment, or getting more information. Effective CTAs can significantly increase both engagement and conversions.

- **Use chat transcripts:** Save chat transcripts for future reference and use them to improve engagement efforts. Chat logs serve as valuable qualitative feedback that can provide in-depth insights into the UX.

- **Security and privacy:** Protect customer data by implementing strong security measures and ensuring compliance with data privacy regulations. Don't forget to inform users about how their data will be used and stored to build trust.

## Explore the best chat box for small, medium and large enterprises!

Signup for free    Request demo

## Benefits of a chatbox

Implementing a chatbox on your organization's website or mobile app offers a plethora of benefits that can enhance the customer experience and boost overall business performance. Some advantages include:

- **24/7 support:** Chatboxes provide around-the-clock engagement, verifying that individuals can interact with a brand at any time, even outside regular business hours. This is of particular importance for companies serving global customer bases or providing critical services.

- **Instant responses:** With chatboxes, individuals receive immediate answers to their queries, which can significantly improve their satisfaction levels. If your business can't efficiently answer customers' questions, they'll likely seek out an alternative that can.

- **Reduced workload for human agents:** Automating routine tasks frees up human representatives to focus on more value-added activities. This helps reduce employee burnout, while providing end-users with accurate solutions to their complex issues.

- **Cost-effectiveness:** Implementing a chatbox can be more cost-effective than hiring additional staff, especially when handling high volumes of interactions. Resources can then be redirected toward more strategic business initiatives.

- **Seamless navigation:** Chatboxes can guide users through your website, helping them find information or products more efficiently. An intuitive interface enhances the UX and assists users in finding products that they're likely to purchase.

- **Abandoned cart recovery:** Proactively engaging customers who have abandoned their shopping carts can help recover potential lost sales. Offering a special discount or reminding visitors of their initial interest in a product can have a significant impact on conversion rates.

- **Customer insights:** Chatboxes collect valuable data on customer preferences, behaviors, and common issues, providing insights that can inform business strategies. For instance, if a chatbox is seeing a high number of inquiries regarding a specific website functionality, developers can fine-tune it to ensure that it's more intuitive to use.

- **Engagement triggers:** Chatboxes are often programmed to proactively engage with visitors based on their behavior, such as offering help after a certain period of inactivity or providing assistance on specific pages. This ensures that communication is personalized to wherever an individual may be in their customer journey.

## Why should you offer chatbox for customer support?

Unlike human agents, chatboxes can operate 24/7, providing instant support to customers regardless of the time or day. This ensures that individuals always have access to assistance when they need it, which can be essential for organizations catering to customers in different timezones. Additionally, the ability to handle multiple inquiries simultaneously means that chatboxes can manage high volumes of customer interactions without delays, reducing wait times and potential frustration.

Another major benefit is the enhancement of the CX through personalized and consistent interactions. Chatboxes can be programmed to tailor responses based on customer data, such as past interactions and purchase history. This level of personalization makes customers feel more understood, typically enhancing their engagement with your business.

Lastly, chatboxes contribute valuable insights and cost savings to organizations. By automating routine tasks, chatboxes not only improve the efficiency of various teams, but also lead to significant cost savings, as fewer resources are needed to handle basic responsibilities. They also serve to collect and analyze data from customer interactions, providing insights into common issues and areas for improvement.

## Chatbox use cases

Chatboxes can be employed for a variety of different business efforts, most commonly in sales, support, and marketing. Let's take a look at how a chatbox might be used to engage with customers under a couple of different circumstances.

### Chatbox for sales

When visitors land on your website, a chatbox can proactively initiate a conversation, offering product recommendations or answers to customers' queries. This real-time engagement can capture the interest of visitors who might otherwise leave without making a purchase. By guiding them through the sales funnel, chatboxes assist in reducing bounce rates and increasing the likelihood of conversions.

Furthermore, chatboxes often play a crucial role in post-purchase engagement, encouraging repeat business and customer loyalty. They can follow up with individuals to ensure satisfaction with their purchase, offer support with any issues, and suggest complementary products based on an individual's purchase history. This ongoing engagement not only enhances the customer experience but also opens up opportunities for upselling and cross-selling.

### Chatbox for customer support

Leveraging data from previous interactions and purchase history, chatboxes can tailor responses to meet the specific needs of each customer. For example, if an individual has previously reported an issue with a product, the chatbox can follow up with relevant solutions. This personalized approach makes individuals feel valued, promoting a deeper connection with the brand.

Moreover, by identifying frequently asked questions (FAQs), businesses can update their chatbox's knowledge base to address these issues more effectively. This data-driven approach ensures that the chatbox remains a valuable resource for customers, providing accurate and timely information. Even more, in the event that a chatbot can't sufficiently

resolve a problem, chatbots can seamlessly escalate requests to human agents, verifying that customers receive the appropriate level of support

## Chat with customers round the clock

As we've already touched on, one of the key benefits of utilizing a chatbox is its ability to provide around-the-clock support for users seeking assistance or requiring additional information. It achieves this by either using a chatbot to answer routine queries, directing the user to relevant resources, or leveraging scripted responses to point the user in the right direction.

### Incorporate bots to answer frequently asked questions and resolve support requests.

A chatbot integrated into a chatbox interface provides continuous, around-the-clock support, which can be an integral component of resolving customer issues promptly. By being available 24/7, chatboxes ensure that customers can receive assistance whenever they need it, even outside of regular business hours. This immediate access to support helps in reducing frustration and wait times, as individuals don't have to wait for a human agent to become available.

For instance, imagine a customer who's encountering a problem with their recently purchased smart home device late at night. They visit the company's website and access the chatbox interface, where an integrated chatbot immediately engages them. The individual types in their issue, describing that the device isn't connecting to their Wi-Fi network. The bot then asks a few diagnostic questions and provides step-by-step instructions to reset the device and configure the network settings. If the problem persists, the chatbot offers to escalate the case to a human agent, ensuring that the customer receives follow-up support during business hours.

### Self-service

A chatbox interface offers a variety of self-service options that empower individuals to find information and resolve issues independently, enhancing their overall experience.

One of the primary self-service features is the ability to access a comprehensive knowledge base. Customers can use the chatbox to search for articles, FAQs, and tutorials that provide detailed information on a company's offerings and policies. This instant access to information helps individuals find quick answers to their questions without waiting for a human agent.

Chatboxes can also facilitate self-service transactions and account management tasks. Customers can utilize the chatbox to perform various actions such as checking order status, managing subscriptions, and processing returns or exchanges. For instance, an individual wanting to track a shipment can interact with the chatbox to autonomously check when the order was sent, get a tracking number, and follow its progress.

### Canned responses

Canned responses are pre-written replies to common questions that the chatbox can deliver instantly. This approach ensures that individuals receive immediate answers without the delay of waiting for a human agent. By deploying a library of these pre-prepared responses, the chatbot can handle a wide range of inquiries efficiently, such as providing troubleshooting steps or answering FAQs about specific offerings.

troubleshooting steps or answering FAQs about specific offerings.

For example, suppose a customer visiting an e-commerce website late at night has a question about how to return an item they recently purchased. The chatbox interface greets the customer and, upon receiving the query, instantly provides a canned response: "Hello [Customer's Name], returning an item is easy! Please follow these steps: 1) Log into your account and go to your order history. 2) Select the order you wish to return and click 'Return Item'. 3) Fill out the return form and print the provided shipping label. If you need further assistance, feel free to contact us during business hours. Thank you!"

This immediate, comprehensive response ensures the individual can proceed with their return without waiting for live support.

## Get closer to your customer with online chat

Chatboxes are highly versatile tools that can be leveraged for a variety of different purposes. In addition to engaging individuals for sales, marketing, and support efforts, they can also be used to welcome new customers to your company or solicit customer feedback.

### Onboard customers

When customers first engage with a business, they often have a myriad of questions regarding its offerings or account setup. A chatbox can efficiently handle these inquiries by providing immediate responses, which is crucial for making a positive first impression, and ensuring customers feel informed from the outset.

Even more, administrative functions such as account creation, password setup, and form submissions can be automated through the chatbox, reducing the need for manual input and minimizing errors. This automation not only accelerates the onboarding process but also ensures consistency and accuracy.

### In-app feedback

A chatbox that's connected with a mobile app provides an ideal platform for collecting feedback due to its convenience. Users can easily share their thoughts and suggestions directly within the app, without having to navigate away or use external tools. This seamless integration encourages more users to provide feedback, allowing them to voice their opinions while their experience is still fresh.

The real-time nature of chatboxes also enables immediate follow-up on feedback. For instance, if a user reports a bug, the chatbox can instantly acknowledge the issue and potentially offer immediate solutions. This responsiveness not only helps in resolving user issues promptly, but also demonstrates to users that their feedback is taken seriously.

### Drive repeat purchases

By analyzing a customer's past interactions and buying patterns, chatboxes can suggest products that are relevant to their interests. For example, if an individual previously purchased a skincare product, the chatbox can recommend complementary items such as serums or moisturizers. These personalized suggestions serve to enhance the shopping experience, making it more convenient for users to discover new offerings that they're most likely to purchase.

Additionally, chatboxes can be programmed to notify customers about sales events and discounts, ensuring they're aware of opportunities to save money. For instance, if a user has an item in their cart or on their wishlist, the chatbox can alert them when that item goes on sale, improving the likelihood of conversion.



## Is Freshchat for your business?

**Signup for free**     **Request demo**

## Choosing the best chatbox software for your business

First, you'll need to assess the functionality of the potential chatbox softwares. Determine whether they support essential functions such as automated responses, natural language processing (NLP), and integration with existing systems such as CRM and e-commerce platforms. Additionally, look for features like personalized messaging and multi-channel support, which can enhance customer interactions and expand outreach capacity.

Next, make sure to choose a software that offers straightforward configuration, along with extensive customization capabilities. The ability to create custom scripts, design conversation flows, and personalize responses will enable you to deliver a consistently engaging CX.

Lastly, consider the cost and return on investment (ROI) of potential softwares. While it's important to find a solution that fits within your budget, also weigh the benefits and savings it can bring to your business. Compare pricing models, such as subscription fees or usage-based charges, and evaluate what each package includes in terms of features and support.

## Position your chat box effectively to improve customer experience

To make the most of your chatbox, it's essential to verify that it's placed at the right touch points on your website and support portals. Pages where you might want to consider incorporating a chatbox include:

- Pricing page
- Checkout pages for (e-commerce)
- Product comparison pages
- Sign-up pages
- Product pages
- Knowledge base and FAQ pages in the support portal

## Begin building and optimizing your chatbox with Freshworks!

Freshworks' [Freshdesk Omni](#) acts as the market's premier customer engagement platform, combining the ticketing capacity of Freshdesk with the messaging capabilities of Freshchat to provide a comprehensive CX that truly covers all bases.

With robust chatbot and livechat potential, CSS ensures that individuals can engage with businesses around the clock, while also providing a viable option for escalation to live agents when necessary.

Our bots leverage natural language processing and small-talk capacity to "delight, not just deflect," by providing non-robotic, personalized interactions that script-based chatbots simply cannot replicate. In the event that a chatbot can't adequately navigate an exchange, they're seamlessly handed over to human representatives with retained context, verifying that customers always receive the quickest and most accurate assistance possible.

Even more, standout features like customer journeys, multilingual support, and omnichannel deployment make sure that individuals are engaged at the right time, in the right dialect, and on the right platform.



## Get a free demo of the best chat box features!

Signup for free    Request demo

## Related resources

**Live chat software**

What are the best live chat softwares?

**Live chat widget**

What are the top live chat widgets?

## FAQ

What is a chatbox? +

What are the benefits of chatbox? +

Is a chat box useful for all businesses? +

How can you increase conversions with a chatbox? +

### Try the simple and feature- rich chatbox!

Signup for free    Request demo



https://www.aidbase.ai/blog/what-is-a-chat-box

at 12:18:30, 05/22/2025



### Government Sector: Enhancing...

Artificial intelligence is transforming government services by enhancing ci...

Charles Fields    May 07, 2025

### Hospitality Industry: Elevating Guest...

Artificial intelligence is revolutionizing the hospitality industry by enha...

Megan Pierce    May 04, 2025

### Sports Industry: Enhancing Fan...

Artificial intelligence is revolutionizing the sports industry by enhancing...

Charles Fields    May 01, 2025

**Aidbase**

**Aidbase**

Products

Company

Support

Product ⌄    About    Blog    Docs    Pricing

Sign In    Sign up →

✦ Blog Post

# What Is A Chat Box: A Complete Guide

Do you want to enhance customer interaction? Learn what is a chat box and how...



**What Is A Chat Box:
A Complete Guide**

Syed Hassan Zaman · August 16, 2024

You might have heard the phrase ''communication is the key''. The same rule applies to the Business World, where two-way live communication is needed to interact with the customers. That brings about

the concept of what is a chat box and why you need it.

Designed to help users, chat boxes have revolutionized the digital landscape by providing personalized solutions on all social platforms. In fact, over 60% of customers admitted that they are more likely to revisit a website if it uses a chat box.

That said, chat boxes are real-time communication channels that enhance customer experience and improve a website's functionality. To learn how it works, let's have a detailed look into a chat box's functionality and use cases.

## What is a Chat Box?

Before we jump into the details, you should know what is a chat box or why it is named so. Well, it's a simple interface that pops up on a website or appears as a message window, usually in the corner of a site. Using this box, you can conveniently type any query and get an instant reply to all of your relevant concerns. It gives precise answers about a product or service and provides maximum information to satisfy customers.

From the chatbox definition, you can call it your virtual advisor or simply assistant, always ready to obey your orders. What's more astonishing is that companies who used chat boxes see a whopping 67% increase in sales and overall revenue. The best thing is that they are online, handy tools, so you don't need to spend hours installing a hefty software. Just send a message, and it'll provide you with an instant response.





## How a Chat Box Works?

After getting a basic idea of the chatting box, you might be excited to know how it works. Luckily, chat boxes run on a simple working principle and use a combination of language processing and machine learning tools to initiate conversation with the user. The best thing is it can be integrated with a chatbot for exceptional AI support. Here are some points that explain how chatbots work:

- You can begin the conversation by typing your message or using the voice assistant.
- The chat box understands the user's intent and input structure using machine learning tools and programming languages.
- A text response is then generated based on the query. The responses can be predefined or generated according to a specific query.

All chatbots run on more or less similar methods and use machine learning or programming tools to function. Due to its versatile nature, a chat box can interpret input through text or voice. When a user initiates interaction, the chat box analyzes the input using natural language processing to understand the intent. Based on user intent, it presents a predefined response that solves customer's queries.

## Benefits of Using a ChatBox

Now you have a clear idea of what is a chat box and how it works, you might question its importance. Surprisingly, chat box has numerous use cases in different business fields and is integral for a company's growth.

According to research, businesses that use chat boxes show a significant increase in high-quality leads by approximately 55%. Besides, here are some of the benefits of using chatboy:

https://... (website) ... besides, here are some of the benefits of using chatbox.

### 1. 24/7 Customer Service

One of the key advantages of online chat boxes is they are available around the clock. Unlike humans, they don't sleep or take work breaks. Thus, customers can get responses to their questions anytime, anywhere. Compared to traditional means of contact involving phone numbers or email, chat boxes can provide immediate answers to multiple users simultaneously.

### 2. Business Efficiency

Chatbots are designed to assist businesses in their everyday tasks. With a live chat box, you can automate repetitive tasks and focus on strategic initiatives. It's highly effective for small businesses as they can effortlessly enhance their **customer service** without hiring a large staff. Enlisted below are some ways how a chatbot helps businesses in their growth:

- It increases customer engagement by offering an immediate way to interact with users.
- You can customize a chat box to match your business tone and style.
- It can collect customer data so you can improve your services or products.





This way, the chatbot increases business efficiency and lowers operational costs so you can focus on high-value tasks and boost productivity.

### 3. Detailed User Insights

When you have a chat box for a website, you can tremendously increase the number of visitors to your page. It tracks and analyzes customer data so you can make informed decisions about your products and services. Hence, it's beneficial for both customers and companies. It's a win-win situation.

Using different mechanisms and data analytics capabilities, a chat box can help businesses gather basic demographic information such as age and gender. Plus, you can also get detailed insights into user interactions and how they engage with your services.

### 4. Quick Response Time

With a web chat box, users can get faster answers to their queries, usually within seconds. It eliminates the traditional methods of information delivery and provides a dynamic approach when solving customer inquiries.

Thus, a user does not need to wait long hours for a specific question and can get a response within milliseconds. Additionally, live chat can boost customer satisfaction by up to 73%. Hence, you can upscale your business by providing competitive customer support.

## Conclusion

In the fast-paced digital world, chat boxes have become a necessity for B2B and SaaS companies. By knowing what is a chat box and how it works, you can deliver exceptional customer experience. You can also integrate it with a chatbot to offer AI support and retain users. The AI Chatbot customer service will be one step ahead in outperforming in this saturated business market.

Above all, AI customer service will promote instant communication and revolutionize how users interact with your products or services. From enhancing user experience to building satisfied customers, everything will just be a few clicks away. Use the **Aidbase** now and forget about customer issues.

Share This Post:  

## Related Articles



### AI-Powered Customer Support in the Government Sector: Enhancing…

Artificial intelligence is transforming government services by enhancing ci…

Charles Fields  📅 May 07, 2025

### AI-Powered Customer Support in the Hospitality Industry: Elevating Guest…

Artificial intelligence is revolutionizing the hospitality industry by enha…

Megan Pierce  📅 May 04, 2025



### AI-Powered Customer Support in the Sports Industry: Enhancing Fan…

Artificial intelligence is revolutionizing the sports industry by enhancing…

Charles Fields  📅 May 01, 2025

https://help.smartsupp.com/en_US/chatbox/chat-box-mobile-app

at 12.24.51, 05/22/2025



Resources › Help › Chat box › Chat box in your mobile app

# Chat box

Learn how to personalize your chatbox, so that it is perfectly suited to your website.

- **Getting started**
- **Installation & Plugins**
- **Chatbots & automations**
- **AI**
- ▶ **Chat box**
  - Chat box languages
  - Multi-language chat box (API needed)
  - Chat box status
  - Chat box in your mobile app
  - Basic chat box settings
  - Contact form
  - Why can't I see the chat on my website?
  - Product cards

# Chat box in your mobile app

You can add chat box to your mobile app using the Chat page link. You can find it in the **Settings** > **Channels** > **Chat page** or after clicking on your profile picture here. Bind this URL as a target of a clickable element in your app (the most common way is a button). There are two ways how you can implement the behavior when user clicks the element:

- their default browser will be opened with the chat box page (user leaves your app but can use it while chatting with you),

- the in-app browser will be opened with the chat box page (user stays in your app but is unable to use it in another way than is chatting with you until they close the chat).

Consult the methods with your mobile application developer who will implement the behavior. If you want to allow your mobile app users to contact you directly from the app via chat, refer the developers of your application to this page and consult both implementation options.



Dashboard

Privacy & Legal

Mobile apps

Features

Notifications

FAQ

Tips & tricks

Agents

Conversations

Statistics

Integrations

Price & Packages

Localization

Please note that the chat box itself won't appear on the application. Only the chat page link can be added to the application and then the chat box will open in another tab if the visitor will click on the link.

**SDK mobile application** please find the documentation here. This feature is available in **Ultimate package.** If you are interested please contact our Sales here.

*Still confused? Contact us via the chat box in your dashboard and we'll be happy to get in touch with you. Please note that customer service is included only in paid packages.*

**Was this article helpful? Rate it and help us improve your experience.**



Give feedback about this article

# Recommended Articles

### Multi-language chat box (API needed)

API is only available in PRO and Ultimate packages.  If you are using Smartsupp on different websites and you need the chat box to be in different...

### Chat box languages

Don't have Smartsupp account yet? Sign up for free  in just 2 minutes.   Smartsupp chat box is available in 30 languages and we also...

### Chat box status

It is understandable that sometimes you have to arrange something important or just take a small break, so you cannot be online 24/7. Online chat...

### Basic chat box settings

After you successfully install Smartsupp chat on your website, the first thing that you would probably want to do is to set up the appearance...

JOIN NOW

# Genuinely connect with visitors and turn them into loyal customers

**Try for Free**  >

**PRODUCT**

Product features

Live chat

Chatbot

Pricing

**SOLUTIONS**

**RESOURCES**

Blog

Case studies

Product Updates

Help

Developer Docs

**INTEGRATIONS**

Live chat for PrestaShop

Live chat for WordPress

Live chat for Shopify

Live chat for ePages

Live chat for Shoptet

**COMPANY**

About us

Join our team







For customer care

For e-commerce

Report scam

Affiliate

Other platforms

© 2013 – 2023 Smartsupp.com

Data privacy & GDPR | Terms of Service | Cookies | Privacy Policy

Made with ❤ in EU | **GDPR** ready

Knowledge Base Software powered by Helpjuice



### United States Patent and Trademark Office (USPTO)

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on May 22, 2025 for
**U.S. Trademark Application Serial No. 98860713**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1)** **Read the Office action**. This email is NOT the Office action.

**(2)** **Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3)** **Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status** **of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.