# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 2.5 HK LIMITED,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FLORATE LIMITED,<br><br>　　　　Defendant. | Case No.: 1:25-cv-09875<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND ORDER FOR ALTERNATIVE SERVICE

Plaintiff 2.5 HK Limited ("Plaintiff") seeks entry of an ex parte Temporary Restraining Order to instruct Apple Inc. to restore Plaintiff's "Chatbox AI: Powerful AI Client" application listing (Apple ID: 6471368056) on the U.S. App Store, and a temporary injunction against Defendant enjoining making further trademark infringement claims based on Defendant's seemingly invalid "CHATBOX" trademark rights, and further seeks an Order for alternative service via electronic mail at claims@florate.io and support@florate.io. A Memorandum in support is concurrently filed.

Dated: August 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shuai Zhang
　　　　　　　　　　　　　　　　　　　　　　　Shuai Zhang
　　　　　　　　　　　　　　　　　　　　　　　SZ & CHI LLP
　　　　　　　　　　　　　　　　　　　　　　　3808 Union Street Suite 9A-107
　　　　　　　　　　　　　　　　　　　　　　　FLUSHING, NY 11354
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 216-544-8431
　　　　　　　　　　　　　　　　　　　　　　　E-mail: Shuai.Zhang@szclaw.com

　　　　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***