# Exhibit 1





Reddit · r/VRchat
8 comments · 2 years ago

### ENABLE CHATBOX FOR EVERYONE! : r/VRchat

Go into settings and scroll to the bottom to enable it! some people don't know about chatbox but people are able to type out their replies.

| | | |
|---|---|---|
| r/Twitch on Reddit: I've been trying to find this ChatBox. Is ... | 14 posts | Jan 3, 2023 |
| How important is a chat box in the overlay? : r/Twitch ... | 24 posts | Feb 6, 2023 |

More results from www.reddit.com



capacity.com
https://capacity.com › Content Hubs

### What is a Chatbox?

Oct 18, 2022 — A **chatbox** is the user interface of a given chat application. A common use for chatboxes is a popup window on a business website through which the user ...



ProTexting
https://www.protexting.com › mobile-chatbox

### Mobile Chatbox Messaging by ProTexting

Jul 18, 2017 — Easily communicate with your team and clients via our Mobile **Chatbox** - all-in-one inbox tool to easily manage and reply to all incoming messages.

## Videos



How To Add a CHATBOX To Your STREAM in Under 5 ...

YouTube · Steezehh

Jan 8, 2023



How To Add The Chat To Your Stream (Chatbox Widget ...

YouTube · Karlencho Productions

Apr 2, 2021



10 key moments in this video



12:59    Add Chatbox Chat Overlay to Your Stream // Streamlabs Tutorial

YouTube · MachineDaena

Oct 1, 2020

6 key moments in this video

Feedback

View all

## Images


[QT] Quick Tutorial: Using VR...
YouTube


Product ChatBox - Inno Valle...
Inno Valley Works


Chatbox to SMS - Sinch Mes...
MessageMedia

Show more images

**GeekWire**
https://www.geekwire.com › Startups

### Chatbox raises $4.5M to help businesses communicate ...

Oct 8, 2019 — Seattle-based **Chatbox** makes software that allows companies to talk to customers via text messages, social media and chat services.


**Streamlabs**
https://streamlabs.com › desktop-widgets › chat-box

### Chat Box Overlay for Twitch, YouTube and More

Nov 19, 2021 — The Chat Box overlay is a handy tool for the viewers that can't watch live. Customizable **chatbox** with various themes.


**TalkJS**
https://talkjs.com › docs › Reference › Chatbox

### Chatbox | JavaScript Chat SDK

Oct 24, 2016 — **Chatbox**. interface **Chatbox**. A messaging UI for just a single conversation. There is no way for the user to switch between conversations (but you can change the ...


**Salesforce AppExchange**
https://appexchange.salesforce.com › appxListingDetail

### ChatBox - Chat & Salesforce WhatsApp Integration & ...

Feb 15, 2022 — **ChatBox** - Native Salesforce Users Chat & WhatsApp, SMS, MMS ; Industries. Media & Entertainment. Retail ; Business Need. Customer Service. Sales Productivity.

5.0 ★★★★★ (12)



1 2 3 4 5 6 7 8 9 10    Next



- From your IP address - Update location

Help    Send feedback    Privacy    Terms