THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 2.5 HK LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>FLORATE LIMITED,<br><br>Defendant. | Case No.: 1:25-cv-09875<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, August 27, 2025, at 9:30 a.m., Plaintiff shall appear before the Honorable Jorge L. Alonso in Courtroom 1903 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or using video or teleconferencing technology, as the Court may require, and present Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order and Order for Alternative Service.

Dated: August 21, 2025

Respectfully submitted,

　　/s/ Shuai Zhang
Shuai Zhang
SZ & CHI LLP
3808 Union Street Suite 9A-107
FLUSHING, NY 11354
Telephone: 216-544-8431
E-mail: Shuai.Zhang@szclaw.com

***ATTORNEY FOR PLAINTIFF***