# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

2.5 HK LIMITED

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−09875
　　　　　　　　　　　　　　　　　　　Honorable Jorge L. Alonso

FLORATE LIMITED

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Ex Parte Motion for entry of a temporary restraining order and order for alternative service [6] is granted. Enter temporary restraining order. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.