## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| 2.5 HK LIMITED, | Case No.: 1:25-cv-09875 |
| Plaintiff, | |
| vs. | **Judge Jorge L. Alonso** |
| FLORATE LIMITED, | **Magistrate Judge Jeffrey T. Gilbert** |
| Defendant. | |

## PLAINTIFF'S EX PARTE MOTION
## TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff 2.5 HK LIMITED ("Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on August 27, 2025 [12] by a period of fourteen (14) days until September 24, 2025. Such application is based upon this Motion and the concurrently filed Memorandum of Law..

Dated: September 9, 2025                          Respectfully submitted,


                                    _____/s/ Shuai Zhang_____
                                    Shuai Zhang
                                    SZ & CHI LLP
                                    3808 Union Street Suite 9A-107
                                    FLUSHING, NY 11354
                                    Telephone: 216-544-8431
                                    E-mail: Shuai.Zhang@szclaw.com

                                    ***ATTORNEY FOR PLAINTIFF***