THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 2.5 HK LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>FLORATE LIMITED,<br><br>Defendant. | Case No.: 1:25-cv-09875<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff 2.5 HK LIMITED ("Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on August 27, 2025 (the "TRO") [12] by a period of fourteen (14) days until September 24, 2025.

On August 27, 2025, this Court entered the TRO against the Defendant FLORATE LIMITED ("Defendant"). As of September 9, 2025, Apple Inc. has not completed effectuating the TRO. More specifically, Apple Inc. has not responded to the TRO and has not restored Plaintiff's "Chatbox AI: Powerful AI Client" application listing (Apple ID: 6471368056) ("Non-Infringing App") in the U.S. App Store See Exhibit A *Declaration of Shuai Zhang*. Plaintiff plans to continue communicating with Apple Inc. in all possible ways to restore its Non-Infringing App. *Id.*

Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Plaintiff respectfully submits that there is good cause to

1

extend the TRO, since there is a high probability that the Defendant will continue to harm Plaintiff without the TRO in place. Specifically, even after Apple Inc. restores Plaintiff's Non-Infringing App, Defendant will likely attempt to remove Plaintiff's Non-Infringing App by filing another infringement complaint with Apple Inc. As discussed in Plaintiff's Memorandum in Support of its Ex Parte Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, Plaintiff submits that extension of the TRO is necessary. In light of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until September 24, 2025.

Dated: September 9, 2025                                                                 Respectfully submitted,

                                                                                          /s/ Shuai Zhang

                                                                                   Shuai Zhang
                                                                                   SZ & CHI LLP
                                                                                   3808 Union Street Suite 9A-107
                                                                                   FLUSHING, NY 11354
                                                                                   Telephone: 216-544-8431
                                                                                   E-mail: Shuai.Zhang@szclaw.com

                                                                                   **ATTORNEY FOR PLAINTIFF**