# Exhibit A

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 2.5 HK LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>FLORATE LIMITED,<br><br>Defendant. | Case No.: 1:25-cv-09875<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## DECLARATION OF SHUAI ZHANG

I, Shuai Zhang, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff 2.5 HK LIMITED ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. As of September 9, 2025, Apple Inc. has not completed effectuating the Temporary Restraining Order. More specifically, Apple Inc. has not responded to the TRO and has not restored Plaintiff's "Chatbox AI: Powerful AI Client" application listing (Apple ID: 6471368056) ("Non-Infringing App") in the U.S. App Store. Plaintiff plans to continue communicating with Apple Inc. in all possible ways to restore its Non-Infringing App.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of September 2025.

                                                         /s/ Shuai Zhang
                                          Shuai Zhang, *ATTORNEY FOR PLAINTIFF*